IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

---

Courtroom Deputy: Ginny Kramer                 Date: January 26, 2010
Court Reporter: Kara Spitler

---

**Civil Action No. 09-cv-01576-WDM**

| Parties: | Counsel: |
|---|---|
| WILDEARTH GUARDIANS<br>*a New Mexico non-profit corporation*<br><br>     Plaintiff,<br><br>vs.<br><br>PUBLIC SERVICE COMPANY OF<br>COLORADO<br>*doing business as*<br>Xcel Energy<br><br>     Defendant. | Kevin Lynch<br>Sarah Coleman<br>Christopher Brown<br><br><br><br>Colin Deihl<br>William Bumpers<br>Jacy Rock<br>Lauren Buehler |

---

### COURTROOM MINUTES

---

**Hearing Regarding - Motion for Temporary Restraining Order**

**10:10 a.m.   Court in session.**

Appearances of counsel.

Opening statements by the Court.

Court and counsel discuss pending motions.

**It was ORDERED:**

   1.   That the Defendant's Motion for Order to Take Judicial Notice of Administrative and Judicial Records [#9] filed August 7, 2009, is **GRANTED.**

    2.    That the Defendant's Unopposed Motion for Order to *Take Judicial Notice of Additional Administrative Record* [#33] filed October 16, 2009, is **GRANTED.**

Oral argument as to the plaintiff's Motion for Temporary Restraining Order.

Argument by Mr. Brown, for the plaintiff.

Argument by Ms. Coleman, for the plaintiff.

Argument by Mr. Bumpers, for the defendant.

Rebuttal argument by Mr. Lynch, for the plaintiff.

**11:08 a.m.**    **Court in recess and shall reconvene at 3:00 p.m.**
**3:20 p.m.**    **Court in session.**

Court enters Findings of Fact, Conclusions of Law, and orders.

**It was ORDERED:**

    1.    That the plaintiff's Motion for Temporary Restraining Order [#51] filed January 19, 2010, is **DENIED** for reasons as stated on the record.

    2.    That the Motion for Preliminary Injunction [#37] filed October 28, 2009, is still pending.

    2.    That counsel are to contact chambers to schedule a hearing on Defendant's Motion to Dismiss.

**3:43 p.m.**    **Court in recess.**

Total in-court time: 1 hour and 21 minutes
Hearing concluded.