IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Courtroom Deputy: Ginny Kramer  Date: February 23, 2010
Court Reporter: Darlene Martinez

**Civil Action No. 09-cv-01576-WDM-KLM**

| Parties: | Counsel: |
|---|---|
| WILDEARTH GUARDIANS,<br>*a New Mexico non-profit corporation,* | Michael Harris<br>Kevin Lynch<br>Sarah Coleman |
| Plaintiff, | Christopher Brown |
| vs. | |
| PUBLIC SERVICE COMPANY OF<br>COLORADO,<br>*d/b/a* Xcel Energy, | Colin Deihl<br>William Bumpers<br>Lauren Buehler |
| Defendant. | |

## COURTROOM MINUTES

**Hearing Regarding - Motion to Dismiss**

**1:59 p.m.     Court in session.**

Appearances of counsel.

2:01 p.m.     Argument by Mr. William Bumpers as to the Defendant's Motion to Dismiss.

2:06 p.m.     Rebuttal argument by Mr. Christopher Brown, for the plaintiff.

2:08 p.m.     Rebuttal argument by Ms. Sarah Coleman, for the plaintiff.

2:19 p.m.     Response by Mr. Bumpers.

2:27 p.m.     Response by Mr. Brown.

Questions by the Court to Mr. Bumpers.

Reply by Mr. Bumpers.

**It is ORDERED:**

    1.    That the Defendant's Motion to Dismiss [#7] filed August 17, 2009, is **TAKEN UNDER ADVISEMENT.**  The Court will issue a written order.

    2.    That the Defendant's Motion to Supplement [#7] Motion to Dismiss [#60] filed February 22, 2010, is **GRANTED**.

**2:40 p.m.**  **Court in recess.**

Total in-court time: 00:41 minutes
Hearing concluded.

*Plaintiff's Exhibit 1 is tendered to the Court and placed in the court file in chambers.*