IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-01576-WDM-KLM

WILDEARTH GUARDIANS,

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO,

    Defendant.

_____

**ORDER**
_____

Upon consideration of Xcel's Motion for Clarification, it is GRANTED to the extent that the parties may address the issue of mootness within the parameters set in my order of March 9, 2010.

DATED at Denver, Colorado, on March 16, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge