**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.09-cv-01576-LTB-KLM

WILDEARTH GUARDIANS,

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

    Defendant.

---

**ORDER**

---

    The above case is before me on the mandate issued by the Tenth Circuit Court of Appeals on September 4, 2012. The mandate provides "Because PSCo has shown that its alleged Clean Air violations are not reasonably likely to recur, WildEarth's suit can serve no cognizable deterrent purpose. Thus, the case is moot. Accordingly, we DISMISS this appeal as moot, VACATE the judgment of the district court, and REMAND the mooted claims to the district court with instructions to dismiss without prejudice."

    In conformity with the mandate on remand, the mooted claims are DISMISSED WITHOUT PREJUDICE.

    Costs are awarded to Defendant Public Service Company of Colorado, d/b/a Xcel Energy, in the amount of $381.15.

                      BY THE COURT:

                        s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED:   November 26, 2012