IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 09-cv-01576-LTB-KLM

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, doing business as Xcel Energy,

Defendant.

---

**FINAL JUDGMENT**

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Lewis T. Babcock on November 26, 2012, and incorporated herein by reference as if fully set forth, it is

ORDERED that in conformity with the mandate on remand, the mooted claims are DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that costs are awarded to Defendant Public Service Company of Colorado, d/b/a Xcel Energy, in the amount of $381.15.

DATED at Denver, Colorado this  26th  day of November, 2012.

        FOR THE COURT:

        JEFFREY P. COLWELL, CLERK

        s/ Edward P. Butler
        Edward P. Butler,
        Deputy Clerk